IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Loren Drake Brower,<br><br>    Debtor.<br><br>———————————————<br><br>Citibank, South Dakota, N.A.,<br><br>    Plaintiff,<br>v.<br><br>Loren Drake Brower,<br><br>    Defendant. | Chapter 7<br><br>Case No. 05-11196-PHX-SSC<br><br>Adversary No. 05-749<br><br><br>ORDER INCORPORATING<br>MEMORANDUM DECISION<br>DATED AUGUST 16, 2006<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated August 16, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiff has failed to establish all the elements of 11 U.S.C.§ 523 (a)(2)(A). Therefore, the entire debt owed to the Plaintiff is discharged.

DATED this 16th day of August, 2006.

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge